# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUKLICK, JOHN | § | Case No. 14-11827 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/21/2015 in Courtroom 615,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/31/2015                By: /s/ Andrew J. Maxwell
                                                              Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
RUKLICK, JOHN                       §        Case No. 14-11827
                                    §
              Debtor(s)             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $        1,000.00 | $        0.00 | $        1,000.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,000.00 |
| Remaining Balance | $ | 3,000.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,595.02  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC as assignee | $       4,562.70 | $       0.00 | $       1,426.58 |
| 000002 | American InfoSource LP as agent for | $       4,657.85 | $       0.00 | $       1,456.33 |
| 000003 | American InfoSource LP as agent for | $       374.47 | $       0.00 | $       117.09 |

Total to be paid to timely general unsecured creditors     $             3,000.00

Remaining Balance     $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                                                    Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-11827-JSB
John Ruklick                                                    Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 2          Date Rcvd: Apr 01, 2015
                             Form ID: pdf006          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2015.
db          +John Ruklick,   1300 Central St,   Evanston, IL 60201-1676
22366670     American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
             Los Angeles, CA  90051-5478
21734273    +Blitt and Gaines, PC,   661 Glenn Ave,   Wheeling, IL 60090-6017
22067276    +Cavalry SPV I, LLC as assignee,   of HSBC Bank Nevada, N.A.,   500 Summit Lake Drive, Ste 400,
             Valhalla, NY 10595-1340
21734275    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
21734277    +ER Solutions/Convergent Outsourcing, INC,   Po Box 9004,   Renton, WA 98057-9004
21734278    +First Premier Bank,   Po Box 5524,   Sioux Falls, SD 57117-5524
21734279    +Freedman Anselmo,   1771 W Diehl Ste. 150,   Naperville, IL 60563-4947
21734289   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court:  Hsbc/carsn,   Po Box 15524,   Wilmington, DE 19850)
21734282    +Hsbc Bank,   Po Box 9,   Buffalo, NY 14240-0009
21734283    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
21734284    +Hsbc Bank,   Po Box 30253,   Salt Lake City, UT 84130-0253
21734288    +Hsbc/bstby,   Po Box 30253,   Salt Lake City, UT 84130-0253
21734293    +Mtgsvc/chrls Schwab Bk,   4001 Leadenhall Rd,   Mount Laurel, NJ 08054-4611
21734294    +National Act,   Pob 14027,   Madison, WI 53744-4207
21734298    +University Wisconson CU,   Uw Cu,   Po Box 44963,   Madison, WI 53744-4963
21734301    +Wellsfargo,   800 Walnut St,   Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21734270     E-mail/Text: ebn@americollect.com Apr 02 2015 02:00:30     Americollect,   Attn: Bankruptcy,
             Po Box 1566,   Manitowoc, WI 54221
22110871     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2015 02:19:49
             American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
             Oklahoma City, OK  73126-8941
21734273    +E-mail/Text: mmeyers@blittandgaines.com Apr 02 2015 02:02:10     Blitt and Gaines, PC,
             661 Glenn Ave,   Wheeling, IL 60090-6017
21734274    +E-mail/Text: bankruptcy@cavps.com Apr 02 2015 02:00:53     Calvary Portfolio Services,
             Attention: Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-1340
21734276    +E-mail/Text: bkcy@creditmgt.com Apr 02 2015 02:00:04     Credit Management Cont,   Po Box 1654,
             Green Bay, WI 54305-1654
21734280    +E-mail/Text: swilloughby@firstbt.com Apr 02 2015 02:02:17     Fst Bnk & Tr,   820 Church St,
             Evanston, IL 60201-3764
21734281    +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2015 01:57:12     GECRB/ PayPal Buyer credit,
             Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
21734290    +E-mail/Text: bnckohlnotices@becket-lee.com Apr 02 2015 01:59:05     Kohls/capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
21734291    +E-mail/Text: bncebn@mge.com Apr 02 2015 01:59:00     Mad Gas&elec,   P.o. Box 1231,
             Madison, WI 53701-1231
21734292    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 02 2015 02:00:16     Midland Funding,   8875 Aero Dr,
             San Diego, CA 92123-2255
21734295    +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 02 2015 02:00:36     Nco Financial Systems,,
             600 Holiday Plaza Dr Ste,   Matteson, IL 60443-2238
21734296    +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 02 2015 02:00:37     Osi Collect,
             507 Prudential Rd.,   Horsham, PA 19044-2308
21734297    +E-mail/Text: collections-bk@uwcu.org Apr 02 2015 02:00:07     University Of Wisconsin CU,
             Uw Credit Union,   Po Box 44963,   Madison, WI 53744-4963
                                                                              TOTAL: 13

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21734271*  ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
             (address filed with court:  Americollect,   Attn: Bankruptcy,   Po Box 1566,
             Manitowoc, WI 54221)
21734285*   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
21734286*   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
21734287*   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
21734299*   +University Wisconsin CU,   Uw Cu,   Po Box 44963,   Madison, WI 53744-4963
21734300*   +University Wisconsin CU,   Uw Cu,   Po Box 44963,   Madison, WI 53744-4963
21734272   ##+Aurora Loan Services,   Attn: Bankruptcy Dept.,   2617 College Park,
             Scottsbluff, NE 69361-2294
                                                                 TOTALS: 0, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2015 at the address(es) listed below:
          Andrew J Maxwell, ESQ   on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
          amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
          ustee@hotmail.com
          Andrew J Maxwell, ESQ   maxwelllawchicago@yahoo.com,
          amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
          ustee@hotmail.com
          David H Cutler   on behalf of Debtor John  Ruklick cutlerfilings@gmail.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                              TOTAL: 4