UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RUKLICK, JOHN § Case No. 14-11827
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americollect Attn: Bankruptcy Po Box 1566 Manitowoc, WI 54221 | | | | | |
| | Americollect Attn: Bankruptcy Po Box 1566 Manitowoc, WI 54221 | | | | | |
| | Aurora Loan Services Attn: Bankruptcy Dept. 2617 College Park Scottsbluff, NE 69361 | | | | | |
| | Calvary Portfolio Services Attention: Bankruptcy Department 500 Summit Lake Dr. Suite 400 Valhalla, NY 10595 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Credit Management Cont Po Box 1654 Green Bay, WI 54305 | | | | | |
| | ER Solutions/Convergent Outsourcing, INC Po Box 9004 Renton, WA 98057 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank Po Box 5524 Sioux Falls, SD 57117 | | | | | |
| | Fst Bnk & Tr 820 Church St Evanston, IL 60201 | | | | | |
| | GECRB/ PayPal Buyer credit Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Hsbc Bank Po Box 30253 Salt Lake City, UT 84130 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 9 Buffalo, NY 14240 | | | | | |
| | Hsbc/bstby Po Box 30253 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/carsn Po Box 15524 Wilmington, DE 19850 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Mad Gas&elec P.o. Box 1231 Madison, WI 53701 | | | | | |
| | Midland Funding 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Mtgsvc/chrls Schwab Bk 4001 Leadenhall Rd Mount Laurel, NJ 08054 | | | | | |
| | National Act Pob 44207 Madison, WI 53744 | | | | | |
| | Nco Financial Systems, 600 Holiday Plaza Dr Ste Matteson, IL 60443 | | | | | |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | University Of Wisconsin CU Uw Credit Union Po Box 44963 Madison, WI 53744 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | University Wisconson CU Uw Cu Po Box 44963 Madison, WI 53744 | | | | | |
| | University Wisconson CU Uw Cu Po Box 44963 Madison, WI 53744 | | | | | |
| | University Wisconson CU Uw Cu Po Box 44963 Madison, WI 53744 | | | | | |
| | Wellsfargo 800 Walnut St Des Moines, IA 50309 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | CAVALRY SPV I, LLC AS ASSIGNEE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-11827 | JSB | Judge: JANET S. BAER | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RUKLICK, JOHN | | | | Date Filed (f) or Converted (c): | 03/31/14 (f) |
| | | | | | 341(a) Meeting Date: | 05/14/14 |
| For Period Ending: | 05/07/15 | | | | Claims Bar Date: | 09/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Various used household goods and possessions | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 2. Various used clothes | 200.00 | 0.00 | | 0.00 | FA |
| 3. 2011 Hyundai Sonata 4dr Sedan GLS. 29,953 miles. | 12,000.00 | 5,600.00 | | 4,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $13,700.00 | $7,100.00 | | $4,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR HAS FILED 9019

INVESTIGATING ASSET- NON EXEMPT VEHICLE

FILED INITIAL ASSET REPORT

FUNDS RECEIVED /TFR SUBMITTED 2/27/2015

HEARING DATE 4/21/15

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-11827 -JSB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RUKLICK, JOHN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2748 Checking Account |
| Taxpayer ID No: | *******5778 | | | |
| For Period Ending: | 05/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/15 | 3 | JOHN RUKLICK | NONE EXEMPT FUNDS | 1129-000 | 2,000.00 | | 2,000.00 |
| 02/17/15 | 3 | JOHN RUKLICK | 3RD PAYMENT | 1129-000 | 1,000.00 | | 3,000.00 |
| 02/23/15 | 3 | JOHN RUKLICK | LAST PAYMENT | 1129-000 | 1,000.00 | | 4,000.00 |
| 04/22/15 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>o/c 4/21/15 | 2100-000 | | 1,000.00 | 3,000.00 |
| 04/22/15 | 010002 | Cavalry SPV I, LLC as assignee<br>of HSBC Bank Nevada, N.A.<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim 1, Final Payment<br>c/o 4/21/15 | 7100-000 | | 1,426.58 | 1,573.42 |
| 04/22/15 | 010003 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 2, Final Payment<br>c/o 4/21/15 | 7100-000 | | 1,456.33 | 117.09 |
| 04/22/15 | 010004 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Claim 3 Final Payment<br>c/o 4/21/15 | 7100-000 | | 117.09 | 0.00 |

Page Subtotals: 4,000.00 4,000.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-11827 -JSB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RUKLICK, JOHN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2748 Checking Account |
| Taxpayer ID No: | *******5778 | | |
| For Period Ending: | 05/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 4,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 4,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2748 | 4,000.00 | 4,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,000.00 | 4,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*